**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**
**CIVIL ACTION NO. 4:25-cv-00164-GNS**

**R.O.A.**                                                                                          **PETITIONER**

vs.

**MIKE LEWIS, in his official capacity**
**as Hopkins County Jailer, et al.**                                          **RESPONDENTS**

## ORDER TERMINATING CASE

Presently before the Court is Respondents' "Notice of Release from Custody" (DN 16), certifying that "Petitioner was released from custody on December 16, 2025," as required by this Court's "Order" (DN 15). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** and **STRICKEN** from the Court's active docket.

Greg N. Stivers, Judge
United States District Court
February 20, 2026

cc:     Counsel of Record