UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

R.O.A.                                              )
                                                    )
    Petitioner,                               )
                                                    )          CASE NO.:
vs.                                                 )          4:25-cv-00164-GNS
                                                    )
 MIKE LEWIS, in his official capacity as           )
Hopkins County Jailer;                              )
SAMUEL OLSON, *Field Office Director for ICE*       )
*Chicago Field Office*, and                         )
TODD LYONS, *in his official capacity as Acting*    )
*Director of Immigration and Customs Enforcement*; and )
KRISTI NOEM, *Secretary of Homeland Security*; and  )
PAMELA BONDI, *U.S. Attorney General*.              )
                                                    )
    Respondents.                              )
_____)

**ORDER ON PETITIONERS' UNOPPOSED MOTION TO EXTEND DEADLINE TO
FILE PETITIONER'S REPLY**

The Court, having considered Petitioner's unopposed motion for extension of time

to file a Reply, and for good cause shown, HEREBY ORDERS that Petitioner's motion is

GRANTED.

Petitioner shall file his Reply on or before Tuesday, May 12th, 2026.

SO ORDERED.

**Greg N. Stivers, Judge
United States District Court**

May 8, 2026